CITY OF ST. JOSEPH, Missouri, Respondent,

v.

Darrin R. OLIVER, Appellant.

No. WD 65310.

Missouri Court of Appeals, Western District.

Aug. 1, 2006.

Motion for Rehearing and/or Transfer to Supreme Court Denied Sept. 26, 2006.

William Erdrich, St. Joseph, for appellant.

Rebecca Spencer, St. Joseph, for respondent.

Before JOSEPH M. ELLIS, Presiding Judge, ROBERT G. ULRICH, Judge, and RONALD R. HOLLIGER, Judge.

## ORDER

Darrin Oliver appeals his conviction in a jury trial for violation of St. Joseph municipal ordinance 20–76, stealing. We have reviewed the briefs of the parties and the record, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. The parties, however, have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).